818

No. 69, Misc. HILL v. CALIFORNIA. Sup. Ct. Cal. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent.

No. 77. HASKIN v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (HASKIN, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied. *Edward Mosk* for petitioner. *Robert F. Nuttman* for respondent.

No. 80. HEYD, SHERIFF v. BROWN ET AL. C. A. 5th Cir. Certiorari denied. *Jim Garrison* and *Louise Korns* for petitioner. *Russell J. Schonekas* for respondents.

No. 92. AMERICAN EMPIRE INSURANCE CO. OF SOUTH DAKOTA ET AL. v. FIDELITY & DEPOSIT CO. OF MARYLAND. C. A. 5th Cir. Certiorari denied. *W. Warren Cole, Jr.,* for petitioners. *Harry T. Gray* and *Francis P. Conroy* for respondent.

No. 94. PYNE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Ronald L. Gainer* for the United States.